98 OCT -5 PM 3:41

CLE... T. CT.
S.D.... MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-639-CR-LENARD

Magistrate Judge Stephen T. Brown

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

727870 ONTARIO, INC.,
        Defendant(s),

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**COMES NOW,** the Defendant, 727870 Ontario, Inc., by and through its undersigned counsel and pursuant to the order of the Court dated October 2, 1998, files this Certificate of Interested Persons and Corporate Disclosure Statement, and states as follows:

I. <u>Persons, associated persons, firms, partnerships or corporations that have an interest in the outcome of this case:</u>

    1.    "The Board of Directors of 727870 Ontario, Inc.": Pierre Heafey and Ken Arsenault.

    2.    "The Partnership": The Grand Limited Partnership.

    3.    "The Promoter": Venetia Kenpier Partnership.

    4.    "The Project Manager": Kenpier Investments.

**ZUCKERMAN, SPAEDER, TAYLOR & EVANS, LLP, MIAMI, FLORIDA**



5.  "The Limited Partners":  Michel Beland, Isabella Pepin, Andre Belanger, Ginette Chartre, Denis Bouchard, France Bouchard, Katryn Butler, Danielle Chabot, Henri Charette, Virendra Chawla, Ghyslain Chiasson, Lucille Chiasson, Serge Cormier, Bud Cullen, Georges D'Aoust, Steven Deneka, Jack Fingrus, Claude Gauvin, Gilles Girard, Hai-Hoc Hoang, Daniel Houde, Alain Lachance, R. Langlais, Chrystopher McColgan, Clarles Muir, Ersy Orzechowski, Martin Peros, Claude Poirier-Defoy, Michel Poirier-Defoy, Bertrand Rousseau, Lise Canuel, Louise Sansregret, Tom Skinner, Gilles St-Pierre, William Brian Wynveen, Kenneth Anderson, Louise Anderson, Alain Belanger, Christine Jost, Guy Belley, Peter Cooke, Henri Charette, Charles Homer, Jean Gariepy, Peter Gunther, Leonard Nobert, Daniel Levesque, James McDonald, Andre Morin, Julien Parent, Richard Primorac, Andrew Baird, Chun Yao, Jocelyn Bourgon, John-Pierre Chabot, Michel Charron, Sie Chin-Chow, Adrian Davies, Jacques Forest, Marcel Le Seiur, Dr. Lexfield, Fr. Ng., Andre St-Denis, John Bruce Thorpe, John Wilson, Kam Yue, Armand Giroux, Lelz Cha, Andre Lamarche, Shahir Henein, Rene Careau, Linda Careau, Michel Bedard, Marlene Cryan, Dominique Caouette, Duchesne Berangere, Allen Ketterling, Richard Lamothe, Donna Lamothe, Allen O'Hanley, Karen O'Hanley, Christian Sarrazin, Suzanne Lafluer, Gary Wand, Lisette Perrault, John Barry Wilkins, Gilbert Leroux, Richard

Deschamps, Francois Plante, Marc-Andre Gagnon, Mario Labonte, Ronald Broad, Doreen Rao, David Elliot, Sekhan Shamender, Jennes Reid, Serge Jaboin, Orshorir Kiandokht, Ronald Denom, Jean-Pierre Lizotte, William Saunders.

II. <u>The Victim(s)</u>: Flagler Federal Savings and Loan Association.

Respectfully submitted,

ZUCKERMAN, SPAEDER, TAYLOR & EVANS, LLP
201 South Biscayne Boulevard, Suite 900
Miami, Florida 33131
Tel: (305) 579-0110
Fax: (305) 579-9749

_____
STEPHEN J. BRONIS, ESQUIRE
FLORIDA BAR NO. 145970

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 5th day of October, 1998, to Andrew Lourie, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida, 33132.

_____
STEPHEN J. BRONIS, ESQUIRE