UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )   CASE NO. 98-639-CR Lenard
)
)
v. )
)
)
727870 ONTARIO, INC., )
)
Defendant. )
_____)

## GOVERNMENT'S CERTIFICATE OF INTERESTED PERSONS

The United States, by the undersigned Assistant United States Attorney, respectfully submits this Certificate of Interested Persons, stating as follows:

1. The following financial institutions have an interest as potential victims in the above referenced matter:

        Flagler Federal Savings and Loan Association (now First Union Nat'l Bank)

        Great Western Bank (now Washington Mutual Bank)

        Barnett Bank of South Florida (merged with Nationsbank of Florida, which has announced intention to merge with Bank of America)

        BAC International Credit Corp

        Desjardins Federal Savings Bank

        Empire of America Realty Credit Corp.

        Helm Bank

        Cal Fed-California Federal Bank

        PineBank

2.	The following individuals have an interest as government agents or attorneys:

>Thomas E. Scott, USA
>Andrew Lourie, AUSA
>Paul Pelletier
>Michael Klein, FBI
>William Horn, FBI
>Ross Gafney, FBI

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
ANDREW C. LOURIE
FLORIDA BAR NO. A5500253
ASSISTANT UNITED STATES ATTORNEY
99 NE 4th Street, Suite 400
Miami, Florida 33132-2111
Tel: (305) 961-9425
Fax: (305) 530-6168

Certificate of Service

I hereby certify that a copy of the foregoing was served by fax and mail upon Stephen Bronis, attorney for defendant, 727870 ONTARIO, INC. this _6_ day of October, 1998.

_____
Andrew Lourie, AUSA