98-639-CR-JAL

727870 Ontario, Inc.

No further action required by
the U.S. Marshals Service.

JAMES A. TASSIN O
~~DANIEL J. HORGAN~~
UNITED STATES MARSHAL

Robert Broad's SDUSM

S.D. OF FLA.-MIAMI
CLERK U.S. DIST. CT.

99 JAN -6 AM 11:48

FILED BY _____ D.C