

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,

    Plaintiff,

vs                                    CASE NO. 98-639-CR-LENARD

727870 ONTARIO, INC.,

    Defendant.                    **SATISFACTION OF JUDGMENT**
_____/


The fine in the amount of **$800000.00** and special assessment in the amount of **$400.00** having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

                                              Respectfully Submitted,

                                              GUY A. LEWIS
                                              UNITED STATES ATTORNEY

Date: Sept 25, 2000         By: ELIZABETH RUF STEIN
                                              Assistant U.S. Attorney

This Instrument Was Prepared By:    Elizabeth Ruf Stein
                                              99 N.E. Fourth Street
                                              Miami, Florida  33132
                                              Tel:  (305) 961-9313
                                              Bar No. 354945